1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7261
7      Fax: (415) 436-7234
       waqar.hasib@usdoj.gov
8
   Attorneys for United States of America



FILED

NOV 28 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,                )  No.: 4-16-71531
                                         )
        Plaintiff,                       )  MOTION TO SEAL COMPLAINT AND
                                         )  [PROPOSED] ORDER
    v.                                   )
                                         )  (UNDER SEAL)
AMER SINAN ALHAGGAGI,                    )
                                         )
        Defendant.                       )

The government hereby moves the Court for an order sealing the Complaint, this motion, and the Court's sealing Order until execution of the arrest warrant for defendant Amer Sinan Alhaggagi. In order to reduce the chances that the defendant will flee and for reasons of officer safety, the United States requests that the fact of the arrest warrant remain under seal until the warrant is executed.

DATED: November 18, 2016                 Respectfully submitted,

                                         BRIAN J. STRETCH
                                         United States Attorney

                                         /s/
                                         S. WAQAR HASIB
                                         Assistant United States Attorney

MOTION TO SEAL COMPLAINT
AND [PROPOSED] ORDER                     1



## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the Complaint, this motion, and this sealing order shall be sealed for defendant Amer Sinan Alhaggagi until further order of the Court. This sealing order shall not prevent the Clerk from providing copies of the aforementioned documents to the United States upon request of an attorney for the United States.

DATED: November 28, 2016

HON. DONNA M. RYU
United States Magistrate Judge

MOTION TO SEAL COMPLAINT
AND [PROPOSED] ORDER                    2