

BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7261
    Fax: (415) 436-7234
    waqar.hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMER SINAN ALHAGGAGI, <br><br> Defendant. | CR 16-MJ-71531-MAG <br><br> MOTION TO REQUEST RECORDING OF UNDER SEAL PROCEEDINGS AND [PROPOSED] ORDER <br><br> UNDER SEAL |

    Pursuant to Civil L.R. 7-11, the United States hereby moves this Court for an order authorizing the release of the audio recording of the under seal detention hearing, held on December 14, 2016, before Hon. Judge Kandis A. Westmore. As grounds, the United States represents that it is continuing its investigation into the defendant and has reason to believe that certain representations made during that hearing may be material to furthering that investigation. The United States will maintain custody of the recording in a secure location and will not disclose the recording to any individuals, other than Special Agents of the Federal Bureau of Investigation and other government personnel acting under the supervision of such agents who may be necessary to advance the United States' investigation. The United States will also provide a copy to counsel for the defendant should she so desire, in accordance

///

1 | with the protective order issued in this case.

2 | DATED: March 22, 2017

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

S WAQAR HASIB
Assistant United States Attorney

### [PROPOSED] ORDER

For good cause shown, the United States' motion to request audio recording of the sealed detention hearing, held on December 14, 2016, is GRANTED. The United States shall maintain custody of the recording in a secure location and will not disclose the recording to any individuals, other than Special Agents of the Federal Bureau of Investigation and other government personnel acting under the supervision of such agents who may be necessary to advance the United States' investigation. The United States shall also provide a copy to counsel for the defendant should she so desire, in accordance with the protective order issued in this case.

DATED: March 22, 2017

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMER SINAN ALHAGGAGI,<br><br>Defendant. | Case No.16-mj-71531-MAG-1  (KAW)<br>*SEALED*<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/23/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

S. Waqar Hasib
U.S. Attorney's Office Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: 3/23/2017

Susan Y. Soong
Clerk, United States District Court

By: *[signature]*
Sue Imbriani, Deputy Clerk to the
Honorable KANDIS A. WESTMORE