1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4
   S. WAQAR HASIB (CABN 234818)
5  Assistant United States Attorney

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       FAX: (510) 637-3724
8      waqar.hasib@usdoj.gov

9  Attorneys for United States of America

**FILED**

JUL 20 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



10           UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12               OAKLAND DIVISION

13  UNITED STATES OF AMERICA          )    CR No. 4:16-CR-71531-MAG
                                      )
14       Plaintiff,                   )    STIPULATED MOTION TO UNSEAL CASE
                                      )
15   v.                               )
                                      )
16  AMER SINAN ALHAGGAGI,             )    ~~FILED UNDER SEAL~~
                                      )
17       Defendant                    )
                                      )
18  ──────────────────────────────────)

19       The United States hereby moves to unseal the above-referenced case in its entirety. As grounds

20  therefore, the United States represents that on July 20, 2017, a grand jury in the Northern District of

21  California returned an unsealed indictment against ALHAGGAGI. In the indictment, ALHAGGAGI is

22  charged with, among other things, the same aggravated identity theft charge with which he was charged

23  by complaint in the above-referenced case. Accordingly, since the indictment is unsealed, there is no

24  further need to keep the above-referenced case under seal.

25       Undersigned counsel for the United States has spoken by email with Mary McNamara, Esq.,

26  ///

27  ///

28  ///

STIPULATED MOTION TO UNSEAL AND [ORDER]
CR No.4:16-71531-MAG

1

counsel for defendant ALHAGGAGI, who indicates that ALHAGGAGI does not oppose this motion.

BRIAN J. STRETCH
United States Attorney

DATED: July 20, 2017 *SWH*

S. WAQAR HASIB
Assistant United States Attorney

SO ORDERED.

DATED: 7-20-17

HON. SALLIE KIM
United States Magistrate Judge