AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2339B(a)(1) – Attempting to Provide Material Support or Resources to Designated Foreign Terrorist Organization; 18 U.S.C. § 1029(a)(4) – Possession of Device Making Equipment; 18 U.S.C. § 1029(a)(2) – Using an Unauthorized Access Device; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Please see attachment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
► AMER SINAN ALHAGGAGI

**DISTRICT COURT NUMBER**
CR 17 0387 JST

FILED JUL 21 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
4:16-CR-71531

Name and Office of Person Furnishing Information on this form: Brian J. Stretch
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): S. W. Hasib

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## AMER SINAN ALHAGGAGI

| Count | Offense | Maximum Penalty |
|---|---|---|
| 1 | 18 U.S.C. § 2339B(a)(1) – Attempting to Provide Material Support or Resources to Designated Foreign Terrorist Organization | 20 years in prison<br>Lifetime supervised release<br>$250,000 fine<br>$100 special assessment<br>Forfeiture |
| 2 | 18 U.S.C. § 1029(a)(4) – Possession of Device Making Equipment | 15 years in prison<br>3 years supervised release<br>$250,000 fine<br>$100 special assessment<br>Forfeiture |
| 3 | 18 U.S.C. § 1029(a)(2) – Using an Unauthorized Access Device | 10 years in prison<br>3 years supervised released<br>$250,000 fine<br>$100 special assessment |
| 4 | 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft | Mandatory 2 years in prison<br>3 years supervised released<br>$250,000 fine<br>$100 special assessment |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
JUL 21 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

CR17 0387 JST

AMER SINAN ALHAGGAGI,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 2339B(a)(1) – Attempting to Provide Material Support or Resources to Designated Foreign Terrorist Organization;
18 U.S.C. § 1029(a)(4) – Possession of Device Making Equipment;
18 U.S.C. § 1029(a)(2) – Using an Unauthorized Access Device;
18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

A true bill.

_Karen Williams_
Foreman

Filed in open court this **20** day of
**July 2017**.

_[signature]_
Clerk

SALLIE KIM
United States Magistrate Judge

Bail, $ — **NO PROCESS**

_[signature]_

BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED
JUL 21 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>AMER SINAN ALHAGGAGI,<br><br>        Defendant. | CASE NO. CR17 0387 JST<br><br>VIOLATIONS: 18 U.S.C. § 2339B(a)(1) – Attempting to Provide Material Support or Resources To Designated Foreign Terrorist Organizations; 18 U.S.C. § 1029(a)(4) – Possession of Device-Making Equipment; 18 U.S.C. § 1029(a)(2) – Using an Unauthorized Access Device; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G)(i), 1029(c)(1)(C), 28 U.S.C. § 2461(c) – Forfeiture<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

BACKGROUND ON ISIS

1.     On or about October 15, 2004, the United States Secretary of State designated al-Qa'ida in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under Section l(b) of Executive Order 13224.

2.     On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global

INDICTMENT

Terrorist entity under section l(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary of State also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham ("ISIS"-- which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and al-Furqan Establishment for Media Production.

3. On or about September 21, 2014, then-ISIL spokesperson Abu Muhammad al-Adnani called for attacks against citizens - civilian or military - of the countries participating in the United States-led coalition against ISIS.

4. On or about September 21, 2015, the Secretary added the following aliases to the ISIS listing: Islamic State, ISIL, and ISIS. To date, ISIS remains a designated FTO.

COUNT ONE: (18 U.S.C. § 2339B(a)(1) –Attempting to Provide Material Support or Resources to Designated Foreign Terrorist Organizations)

5. Paragraphs 1 through 4 are incorporated herein.

6. Beginning on a date unknown, but no later than July 24, 2016, and continuing until November 29, 2016, in the Northern District of California and elsewhere, the defendant,

AMER SINAN ALHAGGAGI,

knowingly attempted to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), specifically, services, by opening social media accounts understanding and intending that such accounts were to be used by, and for the benefit and promotion of, ISIS, and personnel, in the form of himself, to a foreign terrorist organization, namely, ISIS, knowing that ISIS was a designated foreign terrorist organization and that ISIS engages and has engaged in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339B(a)(1).

INDICTMENT

2

COUNT TWO: (18 U.S.C. § 1029(a)(4) – Fraudulent Possession of Access Device-Making Equipment)

7. On or about November 29, 2016, in the Northern District of California, the defendant,

AMER SINAN ALHAGGAGI,

knowingly, and with intent to defraud, trafficked in, had control and custody of, and possessed device-making equipment, and in doing so, affected interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(4).

COUNT THREE: (18 U.S.C. § 1029(a)(2) – Using an Unauthorized Access Device)

8. Between on or about July 20, 2016, and continuing until at least on or about August 1, 2016, in the Northern District of California and elsewhere, the defendant,

AMER SINAN ALHAGGAGI,

knowingly, and with intent to defraud, used one and more unauthorized access devices, specifically a Visa debit card bearing the account number and first and last names of N.C., and by such conduct obtained things of value worth $1,000 or more, and in doing so, affected interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

COUNT FOUR: (18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft)

9. Between on or about July 20, 2016, and continuing until at least on or about August 1, 2016, in the Northern District of California and elsewhere, the defendant,

AMER SINAN ALHAGGAGI,

during and in relation to a felony violation of 18 U.S.C. § 1029(a)(2), as alleged in Count Three, knowingly possessed and used, without lawful authority, a means of identification of another person, specifically a Visa debit card bearing the account number and first and last names of N.C., knowing that the means of identification belonged to another person, in violation of Title 18, United States Code, Section 1028A(a)(1).

INDICTMENT

3

FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), 1029(c)(1)(C), and 28 U.S.C. § 2461(c))

10. The factual allegations contained in Counts One through Three of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code Sections 981(a)(1)(C), 981(a)(1)(G)(i), 1029(c)(1)(C) and Title 28, United States Code, Section 2461(c)..

11. Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

AMER SINAN ALHAGGAGI,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 981(a)(1)(G)(i), all assets, foreign or domestic, of the defendant, upon his conviction for planning or perpetrating any Federal crime of terrorism against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization.

12. Upon conviction of the offenses alleged in Counts Two and Three of this Indictment, the defendant,

AMER SINAN ALHAGGAGI,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1029(c)(1)(C) any real or personal property that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the defendant is convicted, or any personal property used or intended to be used to commit the offense.

INDICTMENT

1  All pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G)(i), and 1029(c)(1)(C), and Title 28,
2  United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.
3  DATED:                                                  A TRUE BILL.
4  July 20, 2017
5                                                          /s/ Karen Williams
                                                           FOREPERSON
6
7  BRIAN J. STRETCH
   United States Attorney
8  /s/ Barbara Valliere
9  BARBARA J. VALLIERE
   Chief, Criminal Division
10
11 (Approved as to form: _____)
12                   JOHN H. HEMANN
                     Chief, Special Prosecutions
13                    and National Security Unit

INDICTMENT

5