BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    waqar.hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | CR No. 4:17-00387-JST |
|                    ) | |
|     Plaintiff,        ) | STIPULATED MOTION TO TRANSFER |
|                    ) | VENUE PURSUANT TO LOCAL RULE 18-2 |
|   v.              ) | |
|                    ) | |
| AMER SINAN ALHAGGAGI,   ) | |
|                    ) | OAKLAND VENUE |
|     Defendant      ) | |

On July 20, 2017, an indictment in the above-referenced case was returned by a grand jury sitting in San Francisco, in the Northern District of California. The indictment that the grand jury returned was captioned as a San Francisco-venued case. However, because of an error in paperwork submitted to the clerk's office, the indictment was assigned to the Oakland courthouse.

Rule 18-2 of the Criminal Local Rules for the Northern District of California allows for the Court to "order the Clerk to transfer a criminal case to a different courthouse if it appears that the case was not properly assigned." Here, the indictment that the grand jury returned was captioned as a San Francisco-venued case. In addition, the parties have met and conferred and agree that the case is properly venued in San Francisco, not Oakland. Accordingly, the parties jointly move the Court to order the Clerk to transfer venue of the case from the Oakland Courthouse to the San Francisco Courthouse.

1    Upon resolution of this motion, the parties intend to ask for the matter to be scheduled before a

2  magistrate in the appropriate courthouse for arraignment on August 23, 2017.

3

4  DATED:        July 31, 2017                          BRIAN J. STRETCH
                                                        United States Attorney
5

6  _____/s/_____        _____/s/_____
7  MARY G. MCNAMARA, ESQ.                    S. WAQAR HASIB
   Attorney for ALHAGGAGI                    Assistant United States Attorney
8

9

10    IT IS HEREBY ORDERED for the Clerk of the Court to transfer venue in the above-referenced

11  case from the Oakland Courthouse to the San Francisco Courthouse.

12

13  DATED:  August 1, 2017
14                                                      _____
                                                        HON. JON S. TIGAR
15                                                      United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION TO TRANSFER VENUE
CR No.4:17-00387-JST