ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6982
    waqar.hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-17-0387-CRB-1 |
| Plaintiff, | UNITED STATES' NOTICE OF FILING |
| v. | |
| AMER SINAN ALHAGGAGI, | |
| Defendant. | |

The United States hereby provides notice it has made an *ex parte*, *in camera* submission to the Court under seal pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3.

DATED: March 14, 2018                    Respectfully submitted,

                                                    ALEX G. TSE
                                                    Acting United States Attorney

                                                           /s/
                                                    S. WAQAR HASIB
                                                    Assistant United States Attorney

NOTICE OF FILING
CR-17-0387-1 CRB