1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-6982
       waqar.hasib@usdoj.gov
8
   Attorneys for United States of America
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-17-0387-CRB-1 |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| AMER SINAN ALHAGGAGI, | |
| Defendant. | |

The parties hereby jointly file this status report in advance of the status conference scheduled in the above-referenced matter on May 16, 2018.

As the Court will recall, on March 14, 2018, the government made an *ex parte*, *in camera* submission pursuant to Section 4 of the Classified Information Procedures Act. Docket No. 59. On April 9, 2018, this Court issued an order relating to that submission, authorizing the issuance of a protective order and the withholding of certain discovery. Docket No. 60. Since then, the parties have made progress on a number of matters.

First, the parties have discussed the pending October 1, 2018, trial date. Specifically, the parties are discussing whether this trial can proceed by way of a stipulated facts bench trial, in lieu of a jury trial. In an effort to reach an agreement, the parties have recently exchanged drafts of stipulated facts.

JOINT STATUS REPORT
CR-17-0387-1 CRB

1  Discussions on this matter are ongoing.

2      Second, the parties have discussed possible pretrial motions that may be filed, regardless of
3  whether the case proceeds by bench trial or jury trial.  The defense anticipates filing a motion to dismiss
4  the indictment on First Amendment grounds, and a motion *in limine* to exclude some of the
5  government's evidence.  The government anticipates filing a motion *in limine* regarding potential expert
6  testimony sought by the defendant.

7      Third, the parties continue to discuss discovery-related matters.  The government discovery
8  index currently contains 11,426 Bates-stamped items.  Most of these items are individual .pdf pages of
9  discovery; some, however, are CDs or DVDs that contain additional digital materials, such as
10 recordings, photographs, and electronic search warrant returns.  The defense is the process of reviewing
11 these materials, some of which were turned over only recently.  The defense is considering requesting
12 further materials as part of the discovery process.

13     At the status conference, and based on the availability of the Court, the parties anticipate setting
14 a briefing schedule for dispositive motions as well as any motions *in limine* and discovery motions and
15 setting a pretrial conference date.

17 DATED: May 15, 2018　　　　　　　　　　Respectfully submitted,

18 　　　　　　　　　　　　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

20 　　　　　　　　　　　　　　　　　　　　Agreed by email May 15, 2018
　　　　　　　　　　　　　　　　　　　　S. WAQAR HASIB
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

22 Agreed by email May 15, 2018
　 MARY G. MCNAMARA, ESQ.
23 Counsel for defendant ALHAGGAGI

JOINT STATUS REPORT
CR-17-0387-1 CRB