ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6982
    waqar.hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-17-0387-CRB-1 |
|     Plaintiff, | UNITED STATES' NOTICE OF FILING |
|    v. | |
| AMER SINAN ALHAGGAGI, | |
|     Defendant. | |

The United States hereby provides notice it has made an *ex parte*, *in camera* submission to the Court under seal pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3.

DATED: July 17, 2018                   Respectfully submitted,

                                     ALEX G. TSE
                                     Acting United States Attorney

                                   _____/s/_____
                                     S. WAQAR HASIB
                                     Assistant United States Attorney