Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant ALHAGGAGI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 17-0387 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RESET SENTENCING DATE** |
| vs. | |
| AMER SINAN ALHAGGAGI, | |
| Defendant. | |

Defendant Amer Alhaggagi and the United States hereby stipulate and agree as follows:

1) Sentencing in this matter is currently set for December 18, 2018, at 9:30 a.m.

2) Counsel for Mr. Alhaggagi has developed a conflict on that date. Accordingly, the parties hereby stipulate and agree that sentencing should take place instead on December 17, 2018, at 9:30 a.m., a date the parties understand is available for the Court.

/ / /

3) United States Probation Officer Catheryn Grier has no objection to this request and is available on December 17.

IT IS SO STIPULATED.

Dated: September 21, 2018

/s/
Mary McNamara
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Amer Alhaggagi

/s/
S. Waqar Hasib
Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  Sentencing is set for December 17, 2018 at 9:30 a.m.

Dated:_____

_____
Hon. Charles R. Breyer
United States District Court