**EXHIBIT 1**

**FILED UNDER SEAL**

**EXHIBIT 2**

**FILED UNDER SEAL**

**EXHIBIT 3**

**FILED UNDER SEAL**

**EXHIBIT 4**

**DVD MANUALLY FILED WITH CLERK OF COURT**

**EXHIBIT 5**

# United States Department of Justice

## FEDERAL BUREAU OF INVESTIGATION



FBI San Francisco
450 Golden Gate Ave, 13th Floor
San Francisco, CA, 94102

| | |
|---|---|
| File Number: | ███████████ |
| Requesting Official(s) and Office(s): | ███████████ (SF) |
| Task Number(s) and Date Completed: | 647899, 730290, Request ID 627008, 1/31/2017 10/19/2017 |
| **Name and Office of Linguist(s):** | ███████████ |
| Name and Office of Reviewer(s): | ███████████ |
| Source Language(s): | Arabic |
| Target Language: | English |
| Source File Information | ███████████ |

## VERBATIM TRANSLATION

Abbreviations

[ ]   Translator's note or exegesis
IL   Illegible or undecipherable

General Discovery Materials
Subject to Protective Order

US-005051

[TN: Names are spelled using the ICST convention]
[TN: File Metadata is excluded]
[TN: Spelling mistakes are too many to list in the translation]
[TN: When capitalized, State denotes the Islamic State]
[TN: An online search revealed that the start of the text below is offered to people giving speeches as a way to start off their speech.]
[TN: The "seal of the prophets" is the term Muslims use to mean that Muhammad was the final prophet.]

UNCLASSIFIED

In the Name of God, the Merciful, the Compassionate

Praise be to God, who has adorned the hearts of His followers with the light of harmony, and who poured out the secrets of His loved ones with a savory drink, and who obligated the hearts of those who fear, to have fear and compassion. Man knows not in which book his name is written, nor in which of the two groups he will be driven. If He forgives, it is by His grace, and if He punishes, it is by His justice and there are no objections to the King, the Creator.
I bear witness that there is no god but God alone, He has no partner, His is the Kingdom; praise be to Him; He is omnipotent, a God who cherishes those who cherish Him; He protects them from grievance.  He humiliates those who are arrogant and who commit sins.
I bear witness that our master and our beloved intercessor, Muhammad, God's servant and messenger, the purest of His creation, His beloved, is the seal of His  prophets, the master of His chosen ones, who was granted a praiseworthy status on Doomsday, wherein prophets will assemble under His banner. …and on his family, Companions, and those who follow his approach, and adhere to his Sunna, and follow them guidance benevolently until the Day of Judgment. May we be with them, O Most Merciful One.  And on to what follows…

So, God almighty willing, this will be a complete report from youri brother Abu-Harb al-Yamany, in which the brothers will find what they are searching for related to the operations that will be executed, God permitting, in the near future,.
The operations are divided into three parts as follow:
1. God permitting, there will be covert and diversion operations the goal of which is to place lethal poison in the drinks of infidels; as I always get invited to large gatherings where the number of people exceed one hundred. Strychnine poison is the substance that is going to be used in this operation, God permitting, it will be slipped into the drinks; whereby all the attendees would drink from a single dose.
2. As for this operation, it is arson. The site that was chosen is a hilly and fancy t area of the American city of Berkeley in California. The fire would be set during the day, God permitting, when it is hard to detect.  I will use gasoline, God permitting. Keep in mind that this area has dense trees and much population, and the houses are made of lumber and they have no iron or cement in their construction.
3. This is a terrorist operation that bears the pure fingerprints of the State. The operation of planting explosive devices in all directions all over the following American cities: Oakland, San Francisco, and Berkeley. The locations were carefully chosen and most of them are [IL] sites and were chosen to avoid Muslims. The explosive devices would either be placed underground, or hidden above ground. Pictures of the sites will be sent in the near future, God permitting. As for now, Google Maps pictures will be sent so the brothers would have a background idea on some of the sites.
As for the final operation, it is only if I were to be exposed and unable to leave the country; if I were surrounded in an area; a direct confrontation with Security; either the police or army, the end will be an explosive belt after the ammunition runs out.
 I ask God to accept our good deeds, and to gather us on earth as  jihadists on His path; to protect us on the Day of Judgment on a day there is no protection but His; in the gardens of  Paradise, with His prophets and His finest creation. I ask you not to forget me in prayers. May peace be upon you and God's mercy and blessings.


UNCLASSIFIED

General Discovery Materials
Subject to Protective Order

US-005053

**EXHIBIT 6**

**FILED UNDER SEAL**

**EXHIBIT 7**

NOTE: *The following materials are for information purposes only and may not be copied, reproduced, or transmitted without the explicit permission of SITE Intelligence Group and specific attribution to SITE Intelligence Group.*

# Pro-IS Tech Group Claims Generating 7,000 Social Media Accounts for IS Supporters in November



**A division of a pro-Islamic State (IS) tech group claimed generating 7,000 social media accounts for IS supporters throughout November.**

**On December 5, the infographic was released by "Bank al-Ansar" ("Bank of the Supporters") on Telegram. The group has described itself as "a part of" the pro-IS Afaaq Electronic Foundation tech group and is tasked with "providing supporters of the mujahideen with ready-made accounts."**

**It totaled 7,000 accounts created in November, including 5,700 Twitter accounts, 1,100 Facebook accounts, and 200 Telegram accounts. The graphic also stated that 250 virtual phone numbers were provided to IS supporters, and provided a graph comparing November to recent months, displaying a steady increase in total accounts created.**

**A copy and translation of the infographic follows:**

```
Statistics of the Month
Safar 1438 - November 2016

Registered Twitter accounts: 5700
Registered Facebook accounts: 1100
Registered Telegram accounts: 200
Registered virtual phone numbers: 250

Number of supporters who received [accounts]: 7250

Bank al-Ansar of the Afaaq Electronic Foundation
Providing supporters of the mujahideen with ready-made accounts on Twitter and
Facebook
```

1

SITE INTELLIGENCE GROUP — DARK WEB & CYBER SECURITY
4938 Hampden Lane, Suite 156, Bethesda, MD 20814
Phone: 301-841-7740
Email: feedback@siteintelgroup.com

Case 3:17-cr-00387-CRB Document 90-1 Filed 12/04/18 Page 12 of 16



**EXHIBIT 8**

**FILED UNDER SEAL**

**EXHIBIT 9**

**DVD MANUALLY FILED WITH CLERK OF COURT**

**EXHIBIT 10**

**FILED UNDER SEAL**

**EXHIBIT 11**

**FILED UNDER SEAL**