| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | S. WAQAR HASIB (CABN 234818)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>Fax: (415) 436-6982<br>waqar.hasib@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 17-00387 CRB-1 |
| | ) | |
| Plaintiff, | ) | MANUAL FILING NOTIFICATION REGARDING |
| | ) | EXHIBTS 4 AND 9 TO THE UNITED STATES' |
| v. | ) | SENTENCING MEMORANDUM |
| | ) | |
| AMER SINAN ALHAGGAGI, | ) | |
| | ) | |
| Defendant. | ) | |

Exhibits 4 and 9 to the United States' Sentencing Memorandum are being filed manually rather than e-filed because they are two CDs containing video files.

Dated: December 5, 2018                                   Respectfully submitted,

ALEX G. TSE
United States Attorney

/s/
S. WAQAR HASIB
Assistant United States Attorney

MANUAL FILING NOTIFICATION
RE: EX. 4 AND EX. 9 TO USA'S SENTENCING MEMO
CASE NO. CR 17-00387 CRB-1                                            1