ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6982
    waqar.hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-0387-CRB |
| Plaintiff, | GOVERNMENT'S MOTION TO FILE EXHIBITS UNDER SEAL; [PROPOSED] ORDER |
| v. | |
| AMER SINAN ALHAGGAGI, | |
| Defendant. | |

Sentencing in the above-captioned case is scheduled to take place before this Court on December 17, 2018 at 9:30 a.m. The government will be filing 11 Exhibits in Support of its Sentencing Memorandum, which contain sensitive material. For security reasons, to protect the identity of informants, and to protect law enforcement methods, the government requests leave to file 7 of these 11 Exhibits under seal.

DATED: December 4, 2018                        Respectfully submitted,

                                                      ALEX G. TSE
                                                      United States Attorney

                                                      /s/
                                                      S. WAQAR HASIB
                                                      Assistant United States Attorney

1
2                           [PROPOSED] ORDER

3     Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED

4  THAT the Clerk of the Court file the Government's Exhibits in Support of Sentencing Memorandum in

5  the above-captioned case under seal and maintain the documents under seal until further notice from this

6  Court.

7  IT IS SO ORDERED.

8  DATED: December  6 , 2018

9
10                                                    _____
                                                       HON. CHARLES R. BREYER
11                                                     SENIOR U. S. DISTRICT JUDGE

12