# EXHIBIT K

Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant
AMER ALHAGGAGI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>AMER SINAN ALHAGGAGI,<br><br>       Defendant. | Case No. CR 17-0387 CRB<br><br>**DECLARATION OF DEFENDANT'S SISTER IN SUPPORT OF DEFENSE REPLY SENTENCING MEMORANDUM** |

I, ▇▇▇ Alhajai, hereby declare and state as follows:

1. I make this declaration of my own personal knowledge and, if called to testify, I would and could testify competently to the contents hereof.

2. I am the oldest sister of defendant Amer Sinan Alhaggagi. My maternal grandmother lives in ▇▇▇ California. She is elderly (in her late 80's or early 90's) and has a number of health problems.

3. When my brother was a child and living on and off with me and my family in the Old City District of Sanaa, Yemen, Sanaa was an integrated city of Shiite (Zaidi) and Sunni (Sha'afi) Muslims. We made no distinction on the basis of religion, there was no sectarian tension. Amer

was immersed in this environment and had nothing but good will for everyone, Shiite and Sunni alike. There was a particular Zaidi family who were very close neighbors of ours in the Old City. The father was a childhood friend of my father's and my uncles. The Zaidi father had two sons who were about Amer's age and they became close friends with Amer and my brother. One of the boys died a few years ago and Amer was very sad and mournful when he learned of the death.

4. I have never heard Amer saying anything negative about or having any disdain or ill will toward Shiite Muslims.

5. Amer is not religious.

I swear under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of December at Oakland, California.

_____
Alhajai

2

Dec. of Sister in Supp. of Def. Reply Sentencing Memo.
United States v. Alhaggagi, CR 17-0387 CRB