1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AMER ALHAGGAGI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 17-0387 CRB |
| Plaintiff, | **STATEMENT FROM THE MEMBERS OF THE OAKLAND YEMINI COMMUNITY** |
| vs. | |
| AMER SINAN ALHAGGAGI, | |
| Defendant. | |

**Statement from Members of the Oakland Yemeni Community**
February 26, 2019

We, members of the Oakland Yemini community, recognize that Amer said many hateful things on the Internet, met with an undercover agent, and knowingly opened social media accounts for ISIS sympathizers. All of this he has admitted to the court. We deplore and condemn Amer's appalling conduct. We want it to be known that we are a peace-loving community and hold the security and safety of this country as dear as we hold our own personal safety. But we also know- based on our deep connection to him and his family over many years - that he is not a terrorist or a violent person and we believe he will pose no threat to others when released from prison- a conclusion supported by several professionals, including the probation officer, psychologist, and terrorism expert, who have interviewed him. We have seen Amer grow up and we know him to have been a very immature young man with a boundary-pushing streak, but also a good-hearted and generous person. We believe strongly that the experience of this prosecution and his time in solitary in jail has had a very sobering effect on him.

Everyone in the Yemeni community is closely following this case and the sentence that the court gives Amer is one that in some ways will be suffered by the entire community. Amer's mother has been holding food and clothing drives for the homeless for years and recently led efforts to fill two shipping containers with needed supplies to go to the war-torn Yemen. Amer's father runs a summer school program in Oakland for Yemini children and youth. Amer himself has made many charitable contributions to the community– he has fed the homeless, given money to those in need, helped teach children and offered assistance to the elderly.

If we believed that Amer meant any of the things he said, we would join the prosecutor's call for a harsh sentence. But we do not believe this. The community supports Amer and will work hard to help him reintegrate as a law-abiding citizen. Community members have attended every court appearance in great numbers. We do so to demonstrate that we understand both what is at stake in terms of the gravity of the case and also the dangers of over-punishing the foolish behavior of a childish young man. Community members have also absorbed the difficult lessons of the case. We view Amer's behavior as a failure on our part to manage a young and immature member. In response, we are doing the following:

- Establishing an educational trust fund for Amer with an initial deposit of $10,000 to support his post-release studies. It is clear to us that Amer needs to focus on academics and make a future for himself away from the Internet and a life of petty thievery.
- Organizing a team of community members to visit Amer in prison so as to plan for his life after release – we are developing a program of part-time work opportunities for him with the intention that he attend evening school and continue his studies when released.
- Developing a program in the soon-to-be-opened Yemini community center in Oakland to discuss the case and talk to young men about online activity, about making inappropriate jokes, about hoaxing or pranking, about how people perceive these kinds of things, and what to do if approached by someone making extremist comments online or fomenting violence.

The Oakland Yemeni community believes in the U.S. system of justice and knows the federal court's reputation for fairness. When sentencing Amer, we are hopeful that the court will recognize that his behavior was that of an immature young man who never committed a violent act. We hope that the court will take into account that we as a community have come together to develop a program of rehabilitation for Amer while he is in prison and will fully embrace him when he is released so that he can live a law-abiding and productive life.

# Signatures

| | Name | Occupation | Signature |
|---|---|---|---|
| 1 | Hatem Nasser Elbgal | Translator | Hatem Elbgal |
| 2 | Ibrahim Y Alamin | driver | |
| 3 | Ahmed Atik | driver | |
| 4 | Nabil Alakdari | Self employee | |
| 5 | Mohamed Alwadai | Business Manager | Mohamed Alwadai |
| 6 | Eyad Alggaradiy | Public Schools | |
| 7 | Essa Ahmad | Self Employer | |
| 8 | YESEN M BABUKR | | |
| 9 | Ali Naser | | |
| 10 | Ali SAEED | Ali Saeed | Ali Saeed |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |

**Signatures**

| | Name | Occupation | Signature |
|---|---|---|---|
| 1 | Jamal AL Saidi | | *(signature)* |
| 2 | Saleh Alsaqdoofi | | *(signature)* |
| 3 | Ali Dharhan | | *(signature)* |
| 4 | Gaber AL Saidi | | *(signature)* |
| 5 | Yusef Ghani | | *(signature)* |
| 6 | Abed Sheal | | *(signature)* |
| 7 | Yasser Abdullah | | *(signature)* |
| 8 | ABDO GHAZI | | *(signature)* |
| 9 | | | |
| 10 | AHMED MALT | | *(signature)* |
| 11 | Ibrahim Alghihim | Madra Dirador | *(signature)* |
| 12 | Hamdan Alawdi | Store owner | *(signature)* |
| 13 | Hashem Awnallah | Humanitarian specialist | *(signature)* |
| 14 | Sinan Alhassani | | *(signature)* |
| 15 | Abdullah Alhajaji | | Abue |
| 16 | HEZAM AHMEAD | | HEZAM |
| 17 | Ali Abuyd | | *(signature)* |
| 18 | BIAL Ismail | | Bial |
| 19 | Mohsen | | *(signature)* |
| 20 | Ahmed mugan | Self Employe | *(signature)* |
| 21 | ABDUL SALIH | | AbDaN |
| 22 | Mohamed Albadani | | *(signature)* |
| 23 | Alaaldeen Alsaidi | | *(signature)* |
| 24 | Mohamed Obeied | | *(signature)* |
| 25 | Abdulkareeme | | *(signature)* |
| 26 | Mo SALE | | *(signature)* |
| 27 | msh S A A | | *(signature)* |
| 28 | ABDullah A md | | *(signature)* |
| 29 | Umm Sun | | *(signature)* |
| 30 | Saleh Fadaluch | | *(signature)* |
| 31 | Mostafa Ben Tilets | Technician | *(signature)* |
| 32 | Salah Khulagi | Self-employer | *(signature)* |
| 33 | Mohsen A Ahmed | | *(signature)* |
| 34 | MASA ALHAJ | | *(signature)* |
| 35 | Ameen Alowmani | | *(signature)* |
| 36 | Fued saeed | | *(signature)* |
| 37 | Ahmed Alhababi | | *(signature)* |
| 38 | ABRAM SPA | | *(signature)* |
| 39 | Wadhah Albarak | Cashier | *(signature)* |
| 40 | Amjad Ismaeel | Uber eat | *(signature)* |
| 41 | Abdul Albadani | | *(signature)* |
| 42 | saleh Aldhakeri | | *(signature)* |
| 43 | Mohamed Taher | | *(signature)* |
| 44 | Ali Saeed | Tax Preparer | *(signature)* |
| 45 | Fawaz Alrashi | Business owner | *(signature)* |
| 46 | Said Ali | cashier | *(signature)* |
| 47 | Zayed saeed | lifegurd | *(signature)* |
| 48 | Ahmed Hassan | Barber | *(signature)* |
| 49 | Ahmed SiAD | Property manager | *(signature)* |
| 50 | HASSAN Abdulla | CPA | *(signature)* |

# Signatures

| # | Name | Occupation | Signature |
|---|------|------------|-----------|
| 1 | ABDO ISA | | |
| 2 | | | |
| 3 | MOHAMED HUGAYEE | | |
| 4 | Fawaz Almajowr | | |
| 5 | TAHER HAZEM - | | |
| 6 | Ashraf Alghazali | | |
| 7 | ABDO Alghazali | | |
| 8 | Ahmed Alghazali | | |
| 9 | Nasser alghazali | | |
| 10 | Hani Al Mutareb | | |
| 11 | Heshem Almutareb | | |
| 12 | Kleb Hasan | | |
| 13 | Mohamed Ashmy | | |
| 14 | Abdel manser | | |
| 15 | Saleh Aledah | | |
| 16 | Mohamed Al ameri | | |
| 17 | MORAD ALI ALMAZNAI | | |
| 18 | Rashid morad Almaznai | | |
| 19 | Ehab MORAD Almaznai | | |
| 20 | Mohamed Aledlah | | |
| 21 | Khulood Aledlah | | |
| 22 | shrog Aledlah | | |
| 23 | Wahid Alnami | | |
| 24 | Gamghah Gnbawi | | |
| 25 | Lutf MOHSIN | | |
| 26 | Museel mohsin | | |
| 27 | selm MOHSIN | | |
| 28 | Bagil MOHSIN | | |
| 29 | Adbllg MOHSIN | | |
| 30 | Amani Almazni | | |
| 31 | Akram Alezzani | | |
| 32 | Adel Almaznai | | |
| 33 | Lucai Adel Almaznai | | |
| 34 | ADNAN ALAMERI | | |
| 35 | Kaid Alameri | | |
| 36 | KHALAB ALAMERI | | |
| 37 | Nadia Rashad | | |
| 38 | Ismail saleh | | |
| 39 | mohamed fadre | | |
| 40 | Jamal Ali Almaznai | | |
| 41 | Ali Hatim Almaznaoo | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |

**Signatures**

| | Name | Occupation | Signature |
|---|---|---|---|
| 1 | Ahmed Dobashy | | |
| 2 | omer murshed | | |
| 3 | | | |
| 4 | muHEB yanya | | |
| 5 | Mohammed | | |
| 6 | Roxcha.o Abubar | | |
| 7 | thumbnailm | | |
| 8 | Wssam Darwan | | |
| 9 | Abdulghan | | |
| 10 | Abdul Wahab | sresen |
| 11 | David Esse | | |
| 12 | AKram | | |
| 13 | AKram Almmasia | | |
| 14 | Faisal Mohamad | | |
| 15 | Omer Almuhen | | |
| 16 | Yazied Almuhen | | |
| 17 | | | |
| 18 | Belal Korin | | |
| 19 | Almo | | |
| 20 | James Tama | | |
| 21 | Omar althalmen | | |
| 22 | Ahadg Almejh | Cund al fw |
| 23 | | | |
| 24 | Ahu t Almen | | |
| 25 | Haja falhum | | |
| 26 | Nagee Rahimee/ | lazy ahym |
| 27 | SALEH Herb | Herb |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |

## Signatures

| | | | |
|---|---|---|---|
| 51 | Mohamed Saleh | | Almo |
| 52 | Basil Mohsin | | |
| 53 | Kulaal Jamal Homman | | Khlel g Homa |
| 54 | Kler [Ahme d] | | |
| 55 | Ahmed obad | | A |
| 56 | mohamed Shariff | | |
| 57 | Adeed m ABDULLAH | | |
| 58 | | | |
| 59 | Ahmed Kareed | | |
| 60 | | | |
| 61 | Faires Zain Ali | | |
| 62 | Mohammad | | |
| 63 | YAHYA ALAlie | | |
| 64 | Mlik Alij | | |
| 65 | Ci Mohamed | | |
| 66 | Saleh Abdullah | | |
| 67 | Yahya Abdullah Mohsen | | |
| 68 | | | |
| 69 | | | |
| 70 | | | |
| 71 | | | |
| 72 | | | |
| 73 | | | |
| 74 | | | |
| 75 | | | |
| 76 | | | |
| 77 | | | |
| 78 | | | |
| 79 | | | |
| 80 | | | |
| 81 | | | |
| 82 | | | |
| 83 | | | |
| 84 | | | |
| 85 | | | |
| 86 | | | |
| 87 | | | |
| 88 | | | |
| 89 | | | |
| 90 | | | |
| 91 | | | |
| 92 | | | |
| 93 | | | |
| 94 | | | |
| 95 | | | |
| 96 | | | |
| 97 | | | |
| 98 | | | |
| 99 | | | |
| 100 | | | |

## Signatures

| | Name | Occupation | Signature |
|---|---|---|---|
| 1 | Sabah Ghazi | Teacher | Sabah Ghazi F |
| 2 | Hanan Alhadsi | student | |
| 3 | Karam Omar | Student | Karam |
| 4 | Haliman Gahem | student | Hassan |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |