Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant
AMER ALHAGGAGI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 17-0387 CRB |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| AMER SINAN ALHAGGAGI, | |
| Defendant. | |

PLEASE TAKE NOTICE that defendant Amer Alhaggagi hereby appeals to the United States Court of Appeals for the Ninth Circuit from the sentence imposed on February 26, 2019, and from the final judgment entered by the district court.

Dated: March 12, 2019

Respectfully submitted,

/s/
Mary McNamara
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Amer Alhaggagi