|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 7 2021 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-10092 |
| Plaintiff-Appellee, | D.C. No. 3:17-cr-00387-CRB-1 |
| v. | Northern District of California, San Francisco |
| AMER SINAN ALHAGGAGI, | |
| Defendant-Appellant. | ORDER |

Before: M. SMITH and HURWITZ, Circuit Judges, and EZRA,[*] District Judge.

The panel has unanimously voted to deny Appellee's petition for panel rehearing. Dkt. No. 56. Appellee's petition for panel rehearing is therefore **DENIED**.

---

[*] The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.