UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: January 26, 2022          Judge: Honorable Charles R. Breyer

Court Reporter: Belle Ball
Time: 1 Hour and 14 Minutes
Case No.: CR17-0387-1 CRB
Case Name: USA v. Amer Sinan Alhaggagi (Present)(Custody)(Appeared Telephonically)

Attorney(s) for Government: Waqar Hasib and Kyle Waldinger
Attorney(s) for Defendant(s): Mary McNamara and August Gugelmann
Interpreter: N/A
Probation Officer: Catheryn Grier

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Sentencing hearing held by Zoom. Due to Covid19 pandemic, all parties consent to proceed by video conference and defendant agreed to appear by phone through Zoom. The Court sentenced the defendant to the Bureau of Prisons to be imprisoned for a term of 81months. This term consists of terms of 57 months on each of Counts One through Three, to be served concurrently, and 24 months on Count Four, to be served consecutively to all other counts.  Defendant placed on supervised release to a term of three (3) years under the standard and special conditions. This term consists of terms of three (3) years on each of Counts One through Three and one (1) year on Count Four, all such terms to run concurrently. Defendant shall pay a special assessment of $400 (assessment already paid in full).  Defendant shall pay restitution in the amount of $5,273.82.  The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived.  Refer to Judgment for additional information.