# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

### Report on Person Under Supervision

**Person Under Supervision**  
Amer Sinan Alhaggagi

**Docket Number**  
0971 3:17CR00387-001 CRB

**Name of Sentencing Judge:** The Honorable Charles R. Breyer  
Senior United States District Judge

**Date of Original Sentence:** February 26, 2019

**Original Offense: Count One:** Attempting to Provide Material Support or Resources to Designated Foreign Terrorist Organization, 18 U.S.C. § 2339B(a)(1), a Class C Felony.
**Count Two:** Fraudulent Possession of Access Device-Making Equipment, 18 U.S.C. § 1029(a)(4), a Class C Felony.
**Count Three**: Using an Unauthorized Access Device, 8 U.S.C. § Using an Unauthorized Access Device, a Class C Felony.
**Count Four**: Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1), a Class E Felony.

**Original Sentence:** 81 months, which consists of 57 months on Counts One through Three, to run concurrently, and 24 months on Count Four to and three years of supervised release on Counts One through Three, and one year on Count Four, all such terms to run concurrently.

**Special Conditions:** no access to the internet to obtain files or information from another person; not possess or use a computer without the prior approval of the Probation Officer; only use computer/devices within the scope of employment; consent to the probation officer conducting periodic unannounced examinations of computer equipment; only use devices, screen user names, passwords, e-mail accounts, and Internet service providers approved by the Probation Officer; pay $5,273.82 in restitution and $400 special assessment; mental health treatment program; not possess any false identification and must provide your true identity at all times; search condition including electronics; enroll in the probation office's Computer and Internet Monitoring Program (CIMP) and abide by the CIMP program and the Acceptable Use Contract.

**Prior Form(s) 12:** None

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
S. Waqar Hasib  
**Defense Counsel**  
Mary McNamara (Appointed)

**Date Supervision Commenced**  
September 26, 2022  
**Date Supervision Expires**  
September 25, 2025

NDC-SUPV-FORM 12A  4/6/2015

RE:   Alhaggagi, Amer Sinan                                                                                                              2
      0971 3:17CR00387-001 CRB

## Petitioning the Court to Take Judicial Notice

### Cause

According to the Offender Payment Enhanced Report Access (OPERA), as of November 17, 2025, Mr. Alhaggagi has an outstanding restitution balance of $1,468.82, as $3,805 has been collected. The $400 special assessment was paid in full on January 12, 2022. During supervision, Mr. Alhaggagi had been consistent in submitting monthly payments as court ordered.

### Action Taken and Reason

Mr. Alhaggagi is 30 years old and currently resides in Novato, California. He is employed at his family's owned business, Brother's Farmer's Market in Novato, California. Mr. Alhaggagi's income has remained stable. Further, Mr. Alhaggagi's term of supervision has expired, yet he continues to make payments, the last one being on October 24, 2025.

The U.S. Probation Office respectfully notifies the court that Mr. Alhaggagi's supervision terminated on September 25, 2025, as scheduled, but he has an outstanding balance that he is making payments towards. Mr. Alhaggagi understands that he must continue making payments through the Financial Litigation Unit of the U.S. Attorney's Office.

Pursuant to 18 U.S.C. §3613 (b) and (f), the ability to pay restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment. Therefore, the United States Attorney's Office has the authority to collect monies from Mr. Alhaggagi until September 25, 2045.

Respectfully submitted,                                         Reviewed by:

Laura Flores                                                    Alton P. Dural Jr.
U.S. Probation Officer                                          Supervisory U.S. Probation Officer
Date Signed: November 17, 2025

THE COURT ORDERS:

[XX]  The Court concurs and takes judicial notice

[ ]   Submit a request for a warrant

[ ]   Submit a request for summons

[ ]   Other:

__November 18, 2025__                                           _____
Date                                                            The Honorable Charles R. Breyer
                                                                Senior United States District Judge

NDC-SUPV-FORM 12A   4/6/2015

**RE:** Alhaggagi, Amer Sinan 3
  0971 3:17CR00387-001 CRB